Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FANDOM, INC.,<br><br>Defendant. | Case No. 4:22-cv-04423-JST<br><br>**STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff attaches a recent decision denying the motion to dismiss in *Goldstein, et al. v. Fandango Media, LLC*, Case No. 9:22-cv-80569-KAM (S.D. Fla. Mar. 7, 2023), ECF No. 57 (Exhibit A hereto).

Dated: March 8, 2023                                Respectfully submitted,

By: */s/ Simon S. Grille*
    Adam E. Polk (SBN 273000)
    Simon S. Grille (SBN 294914)
    Kimberly Macey (SBN 342019)
    **GIRARD SHARP LLP**
    601 California Street, Suite 1400
    San Francisco, CA 94108
    Telephone: (415) 981-4800
    apolk@girardsharp.com
    sgrille@girardsharp.com
    kmacey@girardsharp.com

    *Attorneys for Plaintiff*