UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUCINDA JACKSON, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FANDOM, INC.,<br><br>                    Defendant. | Case No. 22-cv-04423-JST<br><br>**AMENDED SCHEDULING ORDER** |

The Court hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Class certification motion and Plaintiffs' class certification expert disclosures due | August 22, 2024 |
| Class certification opposition and Defendants' class certification expert disclosures due | November 5, 2024 |
| Class certification expert discovery cut-off | December 20, 2024 |
| Class certification reply due | December 20, 2024 |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court sets a further case management conference on April 19, 2024 at 1:30 p.m. (because more than one conference will be set at that time, the conference may not begin precisely at 1:30 p.m.).  The conference will proceed by video.

United States District Court
Northern District of California

The parties must file a joint case management conference statement by April 12, 2024 at noon.

**IT IS SO ORDERED.**

Dated:  February 9, 2024



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California