UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA JACKSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FANDOM, INC.,<br><br>        Defendant. | Case No. 22-cv-04423-JST  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 69 |

For the reasons discussed on the record during today's hearing, the Court **GRANTS** Plaintiffs' motion to compel as to requests for production ("RFPs") 19 and 20 as narrowed by Plaintiffs to relate to work "related to the Meta Pixel." With this narrowing, the Court believes the RFPs seek relevant discovery concerning how Fandom used the Pixel and also, if Fandom transmitted personally identifying information to Facebook through the Pixel, whether it did so knowingly. The Court thinks concerns about proportionality are best addressed by coming up with appropriate search terms to find relevant documents. The Court **ORDERS** the parties to meet and confer about appropriate search terms. If they run into any disagreements, they may file another joint discovery letter brief.

With respect to RFP 24, the Court **ORDERS** the parties to meet and confer further. Specifically, Fandom must tell Plaintiffs what categories of information are contained in Fandom's Business Manager so that the parties can have a meaningful meet and confer about what information may be relevant to this case. The Court believes that this should be possible to do without disclosing the content of that information. Following meet and confer, if the parties still have a disagreement, they may file another joint discovery letter brief.

**IT IS SO ORDERED.**

Dated: April 11, 2024

THOMAS S. HIXSON
United States Magistrate Judge