Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Non-Party Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LUCINDA JACKSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FANDOM, INC., <br><br> Defendants. | Case No. 4:22-cv-04423-JST-TSH <br><br> Judge:  Hon. Jon S. Tigar <br> Magistrate Judge:  Hon. Thomas S. Hixson <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AND REQUEST FOR REDACTION OF TRANSCRIPT** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' May 16, 2024 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 88) (the "Motion to Seal") and the Declaration of Laurie Edelstein in Support of the Motion to Seal and Request for Redaction of Transcript filed by Meta Platforms, Inc., pursuant to Civil Local Rules 7-11 and 79-5, all materials submitted in support, and other records on file, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is **GRANTED** as outlined below:

| Document | Document Portions to Be Sealed | Designating Party | Reason for Sealing |
|---|---|---|---|
| Transcript of Proceedings held on April 11, 2024 before Magistrate Judge Hixson (ECF No. 86) | Page 10, Lines 24–25; Page 11, Lines 1–8; Page 15, Lines 4–18, 23–25; Page 16, Lines 1–6, 23–25; Page 17, Lines 1–2 | Non-Party Meta Platforms, Inc. | The designated portions of the Transcript should be sealed because it includes Meta's non-public confidential business information, including confidential information regarding Meta's internal systems and processes related to the Meta Pixel, which if revealed would put Meta at a competitive disadvantage in the marketplace. |

The court reporter is directed to redact the above-identified portions of the Transcript of Proceedings held on April 11, 2024 before Magistrate Judge Hixson (ECF No. 86) from the public version of the transcript.

The Clerk of Court is directed to maintain the above-identified portions of the Transcript under seal.

**IT IS SO ORDERED.**

Dated: May 24, 2024

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105