JENNIFER KELLY (CSB NO. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Fandom, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LUCINDA JACKSON, individually and on behalf of those similarly situated, | Case No: 4:22-cv-04423-JST |
| Plaintiff, | **DECLARATION OF RON SCHNELL IN SUPPORT OF DEFENDANT FANDOM, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| FANDOM, INC., | |
| Defendant. | |

I, Ron Schnell, hereby declare as follows:

1. I am a Director at the consulting firm Berkeley Research Group, LLC, an international consulting firm headquartered in Emeryville, California. I am based in the firm's Miami office at 200 South Biscayne Blvd, Suite 2700, Miami, FL 33131. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to these facts.

2. I have been retained by Defendant, Fandom, Inc., as an expert witness in this matter.

3. Attached as **Exhibit 1** is a true and correct copy of my CV, which describes my professional experience in detail. Below is a condensed summary.

## SUMMARY OF EXPERIENCE

4. I was an early researcher on the Internet, back when it was called the Arpanet in 1979. I have working knowledge of over 40 computer programming languages, including all of the languages I understand are at issue in the above-captioned matter. I have a Master's Degree in Computer Science from Syracuse University.

5. I have over 40 years of experience in the field of computer science and software. I have worked at many of the largest operating system companies, including as a kernel programmer for the UNIX Operating System at Bell Labs, a kernel programmer and development manager for the AIX Operating System at IBM, and a kernel programmer for the Solaris Operating System at Sun Microsystems (which was subsequently acquired by Oracle).

6. I founded several software development start-up companies have and managed large organizations of software engineers and project managers.

7. I was a Vice President at Equifax Corporation where I led software development in the Internet Marketing division where I was responsible for the use of tracking pixels and cookies.

8. I have been an adjunct professor of Computer Science at Nova Southeastern University since 2005, where I teach various courses, including on the UNIX operating system environment, computer security, and computer forensics.

9. I have testified in 33 cases, at trial, hearing, deposition, or live arbitration. In many of those cases, I provided source code analyses in contexts such as alleged misappropriation of trade secrets, software copyright infringement, and software licensing violations. From 2005 through 2011, I was the chief executive of the organization responsible for monitoring Microsoft's compliance with the Final Judgments in the *United States v. Microsoft* and *New York et al. v. Microsoft* on behalf of the U.S. Department of Justice and the Attorneys General for 19 states. In this role, I had powers similar to a Special Master for the United States District Court for the District of Columbia, and I regularly reported to Hon. Colleen Kollar-Kotelly. In performing my duties, I hired and managed 93 people, a large majority of whom were software developers.

## BASICS OF THE WEB

10. The world wide web operates using the Hypertext Transfer Protocol ("HTTP"). HTTP is a request-response protocol in the client-server model. This simply means that when a user browses a webpage on the internet, the user's browser is the client and the server is the web server that stores the instructions for rendering a web page. The browser always initiates a request to the server; the server cannot initiate a request to a browser.

11. To display a webpage, the browser sends a request to fetch a HyperText Markup Language ("HTML") document representing the webpage from a web server. An HTML document defines the content and structure of a webpage.

12. Once the server sends a response to the user's browser in the form of an HTML document, the browser will then parse the HTML document and send additional requests for additional information as needed to render the webpage based on the HTML document. To render a typical webpage, a browser will often have to make additional requests for sub-documents (which can be text, images, or other resources). It is also typical that a browser will make requests to third-party servers when rendering a website (*e.g.*, to fetch an image on a third-party server).

## COOKIES

13. An HTTP cookie (also called a browser cookie, which I will refer to as simply a "cookie") is a small piece of data, typically text, that a server may send as a response to a request from a user's web browser. The user's web browser may store the cookie and send it back to the

same server based on later requests. Cookies can have various purposes, such as remembering a user's login information so they do not have to sign in to a website every visit, keeping track of items in a shopping cart over multiple sessions, or remembering a user's language preferences. Some cookies also facilitate collecting analytics on website usage or the effectiveness of advertising on a website.

14. At its core, a cookie is a name-value pair. Both the name of a cookie and its value are text strings.

15. Facebook uses several different types of cookies. A Facebook[1] c_user cookie ("c_user cookie") has the name "c_user" and the value of the cookie is either a Facebook user ID ("UID") or a separable ID ("SID"), as explained below. The c_user cookie is generally used by Facebook to indicate that a Facebook user is logged in as they navigate across Facebook pages. The status and contents of the c_user cookie will vary depending on circumstances as follows:

    a. <u>For users who have a Facebook account and have agreed to send information about their off-Facebook activity to Facebook</u>: These users will have a c_user cookie and the value of that cookie will be the user's UID. A UID is a string of numbers that does not directly identify a user, but does connect to a user's Facebook profile.

    b. <u>For users who have a Facebook account and have not agreed to send information about their off-Facebook activity to Facebook</u>: These users have a c_user cookie and the value of that cookie will be a separable ID ("SID"). An SID is meant to maintain a user's anonymity as follows: (1) a user's SID does not connect to a user's public Facebook profile, (2) Facebook frequently assigns users a new SID (typically daily), and (3) Facebook does not store any information that would a map a user's SID to their UID or any personally-identifiable information. A Facebook user can choose to disconnect their activity off-Facebook at any time, which will apply an SID to historic off-Facebook data as well as off-Facebook data going forward. It is not possible for an ordinary person to correlate a user's SID with identifying information about the user.

---

[1] I often refer to Meta and Facebook as simply "Facebook" below, for simplicity.

1  Attached as **Exhibit 2** is a true and correct copy of a Facebook article titled "Redesigning our systems to provide more control over Off-Facebook activity," available at https://engineering.fb.com/2019/08/20/core-infra/off-facebook-activity/ that generally explains Facebook's relevant processes.

   c. <u>For all other users, including those who have not signed up for Facebook</u>: These users will not have a c_user cookie.

16. Cookies also have attributes. One such attribute is the Domain attribute, which defines the scope of a cookie by specifying the domain of the server that the cookie can be sent to. Restricting the scope of a cookie to the domain that set the cookie is critical to internet security, especially because cookies may contain login credentials or other sensitive information.

17. For the c_user cookie, Domain = facebook.com. This means that the c_user cookie can only be sent to the facebook.com domain. As a ".com" domain, facebook.com is a registry-controlled domain, meaning that it is processed via registrars accredited by the Internet Corporation for Assigned Names and Numbers (ICANN). Through this process, the facebook.com domain is securely and stably assigned to Meta Platforms, Inc.

18. Because Fandom does not control or have access to the facebook.com domain, Fandom cannot do any of the following:

   a. determine whether or not a user has a c_user cookie;

   b. access a user's c_user cookie;

   c. send a user's c_user cookie;

   d. determine whether a user's c_user cookie has a UID connected to a user's Facebook profile or an SID that is not connected to a Facebook profile;

   e. determine whether a user has a Facebook profile; or

   f. determine whether a user's Facebook profile discloses their identity.

### THE META PIXEL

19. The Meta Pixel ("Pixel") may be implemented on a third party's website by adding a snippet of code to the website. After inserting this code, the user's browser may make a request to Facebook's server as part of rendering the website, depending on the user's settings.

20. As discussed above, the information a user's browser sends to Facebook when making a request to Facebook's server depends on whether the user has a c_user cookie (which may be placed on a user's computer for registered users of Facebook) and whether the user has consented to sending Facebook off-site activity:

    a. <u>For a user who has signed up for Facebook, has a c_user cookie, and has consented to sending Facebook their off-site activity</u>, the following is a diagram showing a typical interaction between Fandom's servers, the user's browser, and Facebook's servers:



As the above diagram shows, although the Pixel code prompts the user's browser to request an image from the Facebook server, the Pixel code does not tell the user's browser

1  to send Facebook the c_user cookie with the UID, which is done based on the agreement between the user and Facebook. For a Pixel configured to send a PageView event, the request for the Pixel image may contain the URL of the webpage corresponding to the HTML code (as discussed further below). The request would not contain a Facebook User ID or any other information identifying a user. The c_user cookie does not contain any video watch information (or any information aside from a Facebook User ID). To the extent that the information contained in the request and the information contained in the c_user cookie is correlated, that would be done by Facebook. Fandom would have no way of knowing whether Facebook can or does perform such a correlation.

b. <u>For a user who has signed up for Facebook, has a c_user cookie, but has not consented to sending Facebook their off-site activity</u>, the following is a diagram showing a typical interaction between Fandom's servers, the user's browser, and Facebook's servers:



As the above diagram shows, for a Facebook user who has not consented to sending off-Facebook activity to Facebook, the user's browser will instead send Facebook a c_user cookie with a separable ID (SID) value.  As discussed above, it is not possible for an ordinary person to correlate a user's SID with identifying information about the user.  No identifying information is sent to Facebook from either the user or Fandom in this case.

      c.    <u>For all other users, including users who have not signed up for Facebook or otherwise do not have a stored c_user cookie</u>, the following is a diagram showing a typical interaction between Fandom's servers, the user's browser, and Facebook's servers:

[Diagram: Sequence diagram with three actors — Fandom, User, Meta/Facebook. Time axis flows downward. User "Requests HTML code" from Fandom; Fandom "Sends HTML code" to User; User "Renders HTML code"; User "Requests Pixel image" from Meta/Facebook.]

As shown in this diagram, though the user's browser may make a request to Facebook based on a prompt from the Pixel code, but does not send the c_user cookie. No identifying information is sent to Facebook from either the user or Fandom in this case.

21.   The only instance in which a user's Facebook UID is sent to Facebook after the image request from the Pixel code, is where the user's browser sends it to Facebook based on the user having registered for a Facebook account and consented to sending Facebook their off-site activity. A third party, such as Fandom, does not send Facebook this information through the Pixel.

22.   The Pixel code is configured by default to prompt a user's browser to send a PageView event to Facebook. A PageView event contains the URL of a webpage visited by a

user. A PageView event does not disclose what a user sees or does on a webpage. A PageView event does not disclose whether video exists on a webpage. If a video does exist on a website, a PageView event does not disclose whether a user viewed, played, or requested the video. If a user's browser sends a PageView event to Facebook in response to Pixel code on a webpage, it would do so before the user could play a video or do anything other than load the webpage, and it would do so regardless of whether or not the user played the video on the website.

23. Attached as **Exhibit 3** is a true and correct screenshot of an article titled "Conversion tracking" published by Meta/Facebook and available at https://www.facebookblueprint.com/student/path/219710/activity/209691. As explained in that article, tracking whether a user has watched a video (called a "ViewVideo" event in the article) is not a standard, pre-defined event tracked by the Meta Pixel and instead requires the creation of a user-defined custom event.

## MICRODATA

24. Microdata refers to HTML tags used to indicate metadata for content on a webpage. Microdata is widely used to allow search engines, web crawlers, and browsers to understand the contents of a website. Attached as **Exhibit 4** is a true and correct copy of an article published by Facebook titled "Microdata Tags," available at https://developers.facebook.com/docs/marketing-api/catalog/guides/microdata-tags/. As indicated in this document, the Pixel can potentially recognize microdata in three standard formats: OpenGraph, Schema.org, and JSON-LD for Schema.org.

25. I have reviewed the following documents:

    a. the screenshot at FANDOM_003465 (Grunwell Decl., Ex. 6), which I understand corresponds to the display of the webpage titled "Candy Frog | Candy Crush Data Wiki | Fandom" for a Fandom user who was <u>not</u> logged in to a Fandom account;

    b. the HTML produced at FANDOM_003470 (Grunwell Decl., Ex. 7), which I understand corresponds to the Fandom webpage titled "Candy Frog | Candy Crush Data Wiki | Fandom" as it would be displayed for a Fandom user who was <u>not</u> logged in to a Fandom account;

c.  the screenshot at FANDOM_003471 (Grunwell Decl., Ex. 8), which I understand corresponds to the display of the webpage titled "Candy Frog | Candy Crush Data Wiki | Fandom" for a Fandom user who was logged in to a Fandom account with default settings; and

d.  the HTML produced at FANDOM_003476 (Grunwell Decl., Ex. 9), which I understand corresponds to the Fandom webpage titled "Candy Frog | Candy Crush Data Wiki | Fandom" as it would be displayed for a Fandom user who was logged in to a Fandom account with default settings.

26.  The website for a user who was not logged in contains two videos, which I understand to be a Featured Video and a User-Embedded Video.

a.  <u>For the webpage as presented to a user who is not logged in</u>:  Below is the portion of FANDOM_003465 showing the Featured Video:



b.  Below is the portion of the HTML code from FANDOM_003470 corresponding to the Featured Video above showing microdata for this Featured Video:

```
<div itemprop="video" itemscope itemtype="http://schema.org/VideoObject">
<meta itemprop="name" content="It&#039;s Time to Relax... On &#039;Coral Island&#039; - The Loop">
<meta itemprop="duration" content="PT01M58S">
<meta itemprop="description" content="">
<meta itemprop="thumbnailUrl" content="https://cdn.jwplayer.com/v2/media/KlLncIHL/poster.jpg?width=720">
<meta itemprop="contentURL" content="https://cdn.jwplayer.com/videos/KlLncIHL-cSpmBcaY.mp4">
<meta itemprop="uploadDate" content="2023-11-29T20:33:42+00:00">
<div id="featured-video__player-container" class="featured-video-player-container"></div>
```

c. Below is the portion of FANDOM_003465 showing the User-Embedded Video:



d. There is no microdata identifying the User-Embedded Video above in FANDOM_003470.

e. <u>For the webpage as presented to a user logged in with default settings:</u> I have reviewed FANDOM_003471 and confirmed that there is no Featured Video in the screenshot. However, there the User-Embedded video remains in FANDOM_003471.

f. There is no microdata identifying the removed Featured Video in the HTML at FANDOM_003476. As in the page above for users who are not logged in, there is also no microdata identifying the User-Embedded Video in the HTML at FANDOM_003476. Thus, FANDOM_003476 does not have microdata identifying any video.

/ / /

/ / /

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2  July 8, 2024.



Ron Schnell