Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com
arogari@girardsharp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MATTHEW BEKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FANDOM, INC.,<br><br>Defendant. | Case No. 4:22-cv-04423-JST<br><br>**DECLARATION OF REID GAA IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, STRIKE EXPERT DECLARATION OF RON SCHNELL** |

I, Reid Gaa, hereby declare as follows:

1. I am an associate at the law firm of Girard Sharp LLP. I submit this declaration in support of Plaintiff's Motion to Exclude or, in the Alternative, Strike Expert Declaration of Ron Schnell. I have personal knowledge of the information contained herein, and if called as a witness, could and would testify competently thereto.

2. On July 18, 2024, Plaintiff served a subpoena noticing the deposition of Mr. Schnell and requesting production of all discoverable material permitted by Rule 26.

3. On July 19, Plaintiff informed Fandom, Inc. ("Fandom") that the Declaration of Ron Schnell in Support of Defendant Fandom, Inc.'s Motion for Summary Judgement (the "Schnell Declaration") did not fully comply with Rule 26(a)(2) because, among other deficiencies, it failed to contain all facts and data that Mr. Schnell relied upon in forming his opinions, a list of all his publications authored in the last 10 years, or a statement of the compensation to be paid for his declaration and testimony. Plaintiff requested that Fandom take steps to rectify the deficiencies to the Schnell Declaration.

4. On July 22, Fandom agreed to produce Mr. Schnell for a deposition on July 30 but would not agree to make all the required disclosures under Rule 26(a)(2). At that time, Fandom informed Plaintiff of its contention that the Schnell Declaration was not an expert report and thus compliance with Rule 26 was not required.

5. Despite identifying some of the information required under Rule 26(a)(2) in the days prior to Mr. Schnell's deposition, Fandom failed to identify all the facts and data upon which Mr. Schnell relied to draft the Schnell Declaration until midway through his deposition.

6. During Mr. Schnell's deposition on July 30, Fandom produced a list of all materials he relied on in drafting the Schnell Declaration. This list included materials Fandom had not previously identified to Plaintiff, including: the deposition transcript of Nonparty Meta Platforms, Inc. by Amlesh Jayakumar; two productions made by Meta in response to Plaintiff's subpoena in this litigation; a document produced by Fandom containing the Meta Pixel source code on Fandom's website; and an

1

DECLARATION OF REID GAA IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, STRIKE EXPERT DECLARATION OF RON SCHNELL
CASE NO. 4:22-CV-04423-JST

exhibit to a declaration Plaintiff submitted in support of a joint discovery letter containing evidence of Fandom's transmission of video information and Facebook Profile ID information to Meta through the Meta Pixel (Dkt. 58-3).

7. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Nonparty Meta Platforms, Inc. designee Amlesh Jayakumar taken on March 8, 2024.

8. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Ron Schnell taken on July 20, 2024.

9. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Fandom in this litigation with bates-stamp FANDOM_002647.

10. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Fandom in this litigation with bates-stamp FANDOM_001729.

11. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Fandom's Second Amended Responses to Plaintiff's Interrogatories, Set One.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of August, 2024 in San Francisco, California.

/s/ *Reid Gaa*
Reid Gaa

2
DECLARATION OF REID GAA IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, STRIKE EXPERT DECLARATION OF RON SCHNELL
CASE NO. 4:22-CV-04423-JST

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the under seal documents to be served on counsel *via electronic mail*.

/s/ *Reid Gaa*
Reid Gaa

DECLARATION OF REID GAA IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, STRIKE EXPERT DECLARATION OF RON SCHNELL
CASE NO. 4:22-CV-04423-JST