UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA JACKSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FANDOM, INC.,<br><br>    Defendant. | Case No. 22-cv-04423-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF Nos. 105, 108 |

Plaintiff seeks to file under seal material that has been designated as confidential by another party. ECF Nos. 105, 108. The designating party has failed to file the responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). The Court provides an additional seven days for the designating party to file the required documents. If no statement or declaration is filed within seven days of the date of this order, the Court will deny the motion to seal the designated material.

**IT IS SO ORDERED.**

Dated: August 20, 2024

_____
JON S. TIGAR
United States District Judge