# EXHIBIT 1

# REDACTED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BEKE, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-04423-JST |
| Plaintiff, | |
| v. | |
| FANDOM, INC., | |
| Defendant. | |

## EXPERT REPORT OF ZUBAIR SHAFIQ

## August 22, 2024

CONTAINS CONFIDENTIAL INFORMATION

## I.    QUALIFICATIONS

1.  I am an associate professor of computer science at the University of California-Davis, where I run a research lab focused on Internet privacy, security, and safety. My lab's research over the last several years has specifically aimed to uncover personal data collection, sharing, and usage in the online advertising ecosystem.

2.  In addition to my research, I regularly teach undergraduate and graduate courses on computer networks and computer security, including special topics courses covering emerging trends in online advertising and tracking.

3.  I have received several awards and distinctions for my research. I am a recipient of the Caspar Bowden Runner-up Award for Outstanding Research in Privacy Enhancing Technologies (2024), Chancellor's Fellowship (2022-2023), Dean's Scholar Award (2020), National Science Foundation CAREER Award (2018), and Fitch-Beach Outstanding Graduate Research Award (2013).

4.  I have co-authored more than 100 peer-reviewed research papers. I received the Best Paper Award at the 2023 ACM Internet Measurement Conference for my research on tracking, profiling, and ad targeting in the Amazon Alexa ecosystem. I also received the 2018 Andreas Pfitzmann Award at the Privacy Enhancing Technologies Symposium for my research on designing a system to reliably detect advertising and tracking information flows in mobile apps. I also received the Best Paper Award at the 2017 ACM Internet Measurement Conference for my research on identifying and investigating the abuse of a security vulnerability in Facebook Graph API. I also received the Best Paper Award at the 2012 IEEE International Conference on Network Protocols for my research on reverse-engineering proprietary network traffic protocols.

5.  I am the editor-in-chief of the Proceedings on Privacy Enhancing Technologies (PoPETs). I am on the steering committee of the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb). I am the general chair of the IEEE Workshop on Technology and Consumer Protection (ConPro). Recently, I have served as the program chair for the IEEE Workshop on Technology and Consumer Protection (ConPro 2022 and

2023) and the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb 2022 and 2023).

6. My full qualifications are set forth in my curriculum vitae, which is attached as Appendix A. The curriculum vitae includes the list of cases in which I have submitted a report, or I have testified at trial or by deposition in the previous 4 years. It also includes a list of publications I have authored in the previous 10 years.

7. I have been retained by Girard Sharp LLP as an expert in this case. I understand that Plaintiff alleges that Fandom discloses to Meta information that identifies Fandom users along with the specific video materials they requested or obtained on Fandom's website. I understand that Plaintiff proposes to certify a class of all persons in the United States who had an account with Fandom.com and requested or obtained video content on Fandom.com while logged into their Facebook account on the same browser between June 19, 2021 and November 10, 2023. The Class Period is June 19, 2021 to November 10, 2023.

8. I am being compensated at the rate of $500 per hour for my time. My compensation is not dependent on my conclusions or on the outcome of this action.

9. Appendix B lists the documents that I have relied upon in preparing this report.

10. I reserve the right to amend, modify, or supplement my opinions as new or additional information becomes available to me in advance of trial.

## II.    ASSIGNMENT

11. I was asked by the Counsel to analyze:

   a. Whether Fandom deployed and configured the Meta Pixel on Fandom's website during the Class Period to disclose to Meta information specific to Fandom registered users along with their interactions with webpages containing video content on Fandom's website.

   b. Methods for identifying Fandom registered users whose interactions with Fandom webpages containing video content and Facebook account identifiers Fandom shared with Meta during the Class Period.

### III.    SUMMARY OF OPINIONS

12. Based on my analysis of documents Fandom and Meta have produced in discovery, my review of publicly available information, my own testing, and my experience, I offer the following opinions:

   a.  **Opinion 1:** My analysis shows that Fandom deployed the Meta Pixel source code on its website during the Class Period. My analysis further shows that Fandom deployed and configured the Meta Pixel to share detailed information with Meta in a single transmission, including page URLs visited by Fandom users, metadata, button clicks, and Facebook account identifiers.

   b.  **Opinion 2**: My analysis shows that data in possession of Fandom and Meta can be used to identify Fandom registered users who had both (1) video information and (2) Facebook account identifiers disclosed to Meta during the Class Period.

### IV.    OPINION #1: Fandom deployed and configured the Meta Pixel to share detailed information with Meta in a single transmission, including page URLs visited by Fandom users, metadata, button clicks, and Facebook account identifiers.

13. My review of Fandom's website and the testimony of Fandom's VP of Engineering indicates that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓."[1] During the Class Period, Featured Videos and User-Embedded videos were both available on Fandom wiki pages—user-created article pages. I understand that Featured Videos were phased out from Fandom wiki pages beginning in early 2022.[2] Featured Videos are also available on Fandom's "editorial pages," which includes webpages within the fandom.com/video subdomain and webpages within the fandom.com/articles subdomain.

---

[1] Grunwell Dep. Tr. at 99:17-100:5.

[2] https://community.fandom.com/wiki/User_blog:Brandon_Rhea/We%27re_retiring_legacy_Featured_Video_content_and_replacing_it_with_new_videos#When_is_this_change_happening?

*Fandom's Installation of Pixel*

14. I investigated whether and how Fandom installed and configured Meta Pixel on its website.

15. First, I determined the date range Pixel was installed on Fandom's website. It is my understanding that Fandom installed the Meta Pixel on its website beginning in May 2020 and that Pixel remained active on Fandom's website until January 2023.[3] I further understand that Fandom installed a separate instance of the Meta Pixel in approximately July 2020 and that Pixel remained active on Fandom's website ▓▓▓▓▓▓▓▓▓▓.[4] This finding is confirmed by my own analysis: I found two distinct Meta Pixels installed on Fandom's website: 1610279972484026[5] and 1853083501571805.[6]

16. Next, I used the Chrome browser's built-in developer tools to inspect the source code of the Meta Pixel installed and configured on Fandom's website. The "Sources" panel lists all the resources, including source code, that are loaded on Fandom's website.[7,8] Website developers and researchers in my field commonly use developer tools to understand the source code of webpages.[9]

17. For purposes of this report, I performed all of my testing using a Chrome browser. I could replicate my testing on other browsers, but that additional testing is unnecessary to render the opinions in this report because records produced by Meta specify the browsers that were used by Fandom website visitors whose information was transmitted to Meta as a result of Fandom's use of Pixel.

---

[3] Fandom's Resp. to Pltf's. Interrogs., Resp. No. 4.

[4] *Id.*; FANDOM_002647; FANDOM_001729.

[5] https://web.archive.org/web/*/https://connect.facebook.net/signals/config/1610279972484026* (archived by the Wayback Machine between May 2020 through December 2022)

[6] https://web.archive.org/web/*/https://connect.facebook.net/signals/config/1853083501571805* (archived by the Wayback Machine between October 2020 through January 2024)

[7] https://developer.chrome.com/docs/devtools/sources

[8] Other web browsers also offer similar developer tools.

[9] https://developer.chrome.com/docs/devtools

18. This test involved navigating to an archived version of a webpage on Fandom's website that contains a video about a ███████████████████████[10] Web developers and researchers in my field commonly use the Internet Archive's Wayback Machine to review archived versions of webpages and the related source code.[11] I navigated to the page on Fandom's website titled ███████████ archived by the Internet Archive's Wayback Machine on May 29, 2022 available at: ████████████████████████████████████████████████ ████. This webpage contains a video titled ████████████████████████ ████

19. For this testing, I opened a fresh Chrome guest browser profile. All existing browsing data (browsing history, cookies and other site data, and cached images and files) was cleared. I cleared existing browsing data so that others can reproduce the results of my testing, but this step does not have any impact on whether or not the Meta Pixel transmissions, including event data and cookies, will occur. The next step was to log into a Facebook account. After that, the next step was to navigate to the Internet Archive's Wayback Machine and search for the ███████████ URL noted above. I then navigated to the version of the webpage archived on May 29, 2022, ████████████████████████████████ ████████████████████.[12] The ███████████ video ████████████████ on this page—a User-Embedded Video—████████████████████████████ ████████.[13]

20. Figure 1 shows the list of sources included on this webpage on Fandom's website. The list of sources includes two JavaScript source code files related to Meta, which are identified under the URL https://connect.facebook.net. The first JavaScript source code file[14] is the generic Meta Pixel JavaScript source code that is generally the same for any

---

[10] Beke Dep. Tr. at 201:10-202:6; META_JACKSON_0001; BEKE_000348.

[11] Lerner, A., Simpson, A.K., Kohno, T. and Roesner, F., 2016. Internet jones and the raiders of the lost trackers: An archaeological study of web tracking from 1996 to 2016. In 25th USENIX Security Symposium.

[12] Beke Dep. Tr. at 201:10-202:6; META_JACKSON_0001; BEKE_000348.

[13] Grunwell Dep. Tr. at 119:14-120:20.

[14] https://connect.facebook.net/en_US/fbevents.js

website that deploys the Meta Pixel. The second JavaScript source code file is specific to Fandom's Pixel.[15] The URL address of the second JavaScript source code file contains a unique identifier for Fandom's implementation of the Meta Pixel (1610279972484026).



**Figure 1: List of sources for a Fandom webpage archived by the Wayback Machine on May 29, 2022. The highlighted excerpt shows the inclusion of two JavaScript source code files related to Meta.**

21. Figure 2 shows an excerpt from the HTML source code for Fandom's website. It also shows that Fandom included the Meta Pixel source code on its website.

---

[15] https://connect.facebook.net/signals/config/1610279972484026?v=2.9.61&r=stable



**Figure 2: HTML source code for Fandom webpage archived by the Wayback Machine on May 29, 2022. The highlighted part shows the installation of the Meta Pixel source code on Fandom's website.**

22. To provide another example of Fandom's implementation of the Meta Pixel during the Class Period, I used the Wayback Machine's archive of the following page on Fandom's website:



■. This URL points to the Fandom webpage titled ▇▇▇▇▇▇ which includes a video titled ▇▇▇▇▇▇▇▇▇▇ I navigated to the version of the page archived on November 24, 2022, because I understand ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇[16] The Wayback Machine displays the page as it would appear to a logged-out user and does not provide a method for viewing the page as a logged-in user, but this distinction does not affect my opinions in this report. Fandom has represented that after April 10, 2019, featured videos would not be displayed to logged-in

---

[16] Beke Dep. Tr. at 199:19-200:17; 201:5-8; 202:7-203:1; META_JACKSON_0001; BEKE_000348.

users.[17] Because the Class is limited to registered users who requested or obtained video content on Fandom's website, instances where logged-in users visited webpages without any video content are irrelevant to my analysis.

23. Figure 3 shows an excerpt from the HTML source code for the aforementioned Fandom webpage archived by the Wayback Machine on November 24, 2022. It shows that both of Fandom's instances of the Meta Pixel were implemented on this Fandom webpage. Specifically, it shows that Fandom included the Meta Pixel JavaScript source code files[18,19] in the HTML source code of the webpage.



**Figure 3: HTML source code for Fandom webpage archived by the Wayback Machine on November 24, 2022. The highlighted part shows the installation of the two instances of Meta Pixel source code on Fandom's website.**

---

17
https://community.fandom.com/wiki/User_blog:Brandon_Rhea/We%27ve_disabled_Featured_Video_for_wiki_editors.

18 https://connect.facebook.net/signals/config/1610279972484026?v=2.9.89&r=stable

19 https://connect.facebook.net/signals/config/1853083501571805?v=2.9.89&r=stable

24. I have also investigated whether and how Fandom installed and configured Meta Pixel on the "editorial pages"[20] on its website that contain video content.

25. To provide an example of Fandom's implementation of the Meta Pixel on those pages during the Class Period, I used the Wayback Machine's archive of the following page on Fandom's website: https://web.archive.org/web/20220928222938/https://www.fandom.com/video/kJ6xdoKV/spoiler-alert-final-fantasy-vii. This URL points to the Fandom webpage with the video titled "Spoiler Alert - Final Fantasy VII." I navigated to the version of the page archived on September 28, 2022.

26. Figure 4 shows an excerpt from the HTML source code for the aforementioned Fandom webpage archived by the Wayback Machine on September 28, 2022. It shows that the Meta Pixel source code was implemented on this Fandom webpage. Specifically, it shows that Fandom included the Meta Pixel JavaScript source code file[21] in the HTML source code of the webpage.

---

[20] Fandom's "editorial" pages include pages within the "fandom.com/video" and "fandom.com/articles" subdomains. Grunwell Dep. Tr. at 102:3-21, 104:4-16.

[21] https://connect.facebook.net/signals/config/1853083501571805?v=2.9.84&r=stable



**Figure 4: HTML source code for Fandom webpage archived by the Wayback Machine on September 28, 2022. The highlighted part shows the installation of the Meta Pixel source code on Fandom's website.**

*Metadata on Fandom's Website*

27. Based on my review of the source code on Fandom's website, I also conclude that Fandom specifically configured its website to include metadata.

28. As explained in Meta's public documentation, metadata is "used to indicate key information about the items on your website, such as names, descriptions, and prices."[22] In HTML code, metadata is used to identify material on a webpage, such as the page title, page URL, and information corresponding to video content on a page.

29. Figure 5 shows an excerpt of the HTML code from the ▇▇▇▇▇▇▇ webpage on Fandom's website. It shows that Fandom's website developers used Facebook's OpenGraph[23] protocol format to mark the source code of Fandom's website with metadata identifying, among other things, page title and URL. The OpenGraph metadata

---

[22] https://business.facebook.com/ads/microdata/debug

[23] The Open Graph protocol https://ogp.me/.

is indicated by the prefix "og" ("og" is the short form for OpenGraph) in "meta" tags in the source code.



**Figure 5: HTML source code of Fandom's website showing that it configured metadata on the [REDACTED] webpage.**

30. Figure 6 shows that Fandom similarly configured the source code for the [REDACTED] page to include metadata. The figure shows that Fandom's website developers configured information for a "VideoObject" with metadata corresponding to video name, description, duration, thumbnail URL, content URL, and video upload date, in the Schema.org format.[24] In other words, Fandom programed its website with metadata that identifies the title and other information about the video on this page.

---

[24] https://schema.org/docs/gs.html.



**Figure 6: HTML source code of Fandom's website showing that it configured metadata identifying the title of the video on the webpage.**

31. Figure 7 shows that Fandom also configured the source code for the Final Fantasy video page to include metadata. The figure shows that Fandom's website developers configured information for a "VideoObject" with metadata corresponding to video name, description, URL and thumbnail URL, among other items. In other words, Fandom programed its website with metadata that identifies the title and other information about the Featured Video on this page. Fandom also used the OpenGraph protocol format to mark the source code of Fandom's website with metadata identifying, among other things, title and URL.

CONTAINS CONFIDENTIAL INFORMATION                                                                    12



**Figure 7: HTML source code of Fandom's website showing that it configured metadata identifying the title of the video on the webpage.**

32. It is noteworthy that metadata does not appear in HTML code by itself. ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[25]

33. I can use the same procedure to test any page of Fandom's website for the presence of OpenGraph, JSON-LD, and/or Schema.org metadata. Based on my experience in the field of computer science, web developers typically add OpenGraph, JSON-LD, and/or Schema.org metadata to each page with similar content.

34. The page metadata configured on Fandom's website can be tested using various tools. For example, as shown in Figure 8, I used the official Schema.org markup validator tool[26] to test whether Fandom configured Schema.org metadata on the aforementioned example webpage:

---

[25] Piotrowski Dep. Tr. at 30:8-11; Schnell Dep. Tr. at 79:19-80:9; Jayakumar Dep. Tr. at 98:17-24, 99:6-21, 104:7-106:24, 109:20-24; Jayakumar Dep. Tr., Ex. 8.

[26] https://validator.schema.org/

https://web.archive.org/web/20220928222938/https://www.fandom.com/video/kJ6xdoK V/spoiler-alert-final-fantasy-vii.



**Figure 8: Schema.org page metadata configured by Fandom to include video information such as video name, description, URL, and thumbnail.**

*Fandom Configured Pixel to Disclose Facebook Identifiers together with Metadata, URLs, and Button Clicks*

35. I investigated whether Fandom installed and configured Meta Pixel on its website to disclose to Meta information about Fandom's users' interactions with webpages containing video content alongside Facebook account identifiers.

36. I used the Chrome browser's built-in developer tools to inspect the network transmissions[27] to Meta from archived versions of Fandom's website as well as the source code of the Meta Pixel installed and configured on Fandom's website. The

---

[27] A network transmission corresponds to the information exchange between the user's browser and a web server.

CONTAINS CONFIDENTIAL INFORMATION

"Network" panel[28] in the Chrome browser's built-in developer tools identifies network transmissions, including those to Meta, from Fandom's website. For the reason stated in paragraph 17, it was unnecessary for me to conduct this test on other browsers.

37. My analysis shows that Fandom shared with Meta: (1) Facebook User IDs of Fandom users with Facebook accounts along with (2) URLs identifying Fandom's webpages they visited, including pages with videos, (3) metadata corresponding to the videos on those webpages, and (4) button click data corresponding to instances where Fandom website visitors clicked "play" on a video. Fandom's implementation of the Meta Pixel caused this information to be sent in a single transmission via cookies, URL query parameters, and the payload of the PageView,[29] Microdata,[30] and SubscribedButtonClick[31] events.[32,33]

### *Cookies Containing Facebook Identifiers*

38. A cookie is a piece of text that typically stores unique identifiers or other information.[34] As shown in Figure 9, Fandom's deployment and configuration of the Meta Pixel causes

---

[28] https://developer.chrome.com/docs/devtools/network

[29] https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/#custom-conversions ("Each time the Pixel loads, it automatically calls fbq('track', 'PageView') to track a PageView standard event. PageView standard events record the referrer URL of the page that triggered the function call. You can use these recorded URLs in the Events Manager to define visitor actions that should be tracked.")

[30] https://business.facebook.com/ads/microdata/debug ("To add items automatically from your website to your Meta catalog, you need to add microdata tags to your Meta Pixel installation. Microdata is the structured markup data used to indicate key information about the items on your website, such as names, descriptions and prices.")

[31] https://www.pixelyoursite.com/new-facebook-pixel-events-video

[32] A URL parameter is a way to send information to a web server. Payload is another way to send information to a web server.

[33] https://www.pixelyoursite.com/major-facebook-pixel-update-automatic-facebook-pixel-events

[34] https://www.facebook.com/privacy/policies/cookies

CONTAINS CONFIDENTIAL INFORMATION

transmission of cookies. One such cookie is the c_user cookie, which contains a Facebook User ID in plain text.[35,36,37,38,39,40]

---

[35] Acar, G., Van Alsenoy, B., Piessens, F., Diaz, C. and Preneel, B., 2015. Facebook tracking through social plug-ins. Technical report prepared for the Belgian Privacy Commission, pp.1-24.

[36] Dimova, Y., Franken, G., Le Pochat, V., Joosen, W. and Desmet, L., 2022, November. Tracking the evolution of cookie-based tracking on facebook. In Proceedings of the 21st workshop on privacy in the electronic society (pp. 181-196).

[37] Bekos, P., Papadopoulos, P., Markatos, E.P. and Kourtellis, N., 2023, April. The Hitchhiker's guide to facebook web tracking with invisible pixels and click IDs. In Proceedings of the ACM Web Conference 2023 (pp. 2132-2143).

[38] Irish Data Protection Commissioner. Report of Re-Audit, available at http://www.europe-v-facebook.org/ODPC_Review.pdf at 1.5.5.4 ("c_user This cookie contains the user ID of the currently logged in user."); Jayakumar Dep. Tr. at 25:17-26:12.

[39] The Facebook User ID stored in the c_user cookie allows anyone to identify the Facebook user tied to that ID. For example, Meta/Facebook founder's (Mark Zuckerberg) account identifier is 4. Anyone can figure out that the c_user = 4 belongs to Mark Zuckerberg by visiting https://www.facebook.com/4.

[40] https://www.facebook.com/business/help/471978536642445.

CONTAINS CONFIDENTIAL INFORMATION                                    16



**Figure 9: Meta Pixel source code installed on Fandom's website showing that it was configured to share cookies with Meta**

39. 
[41]

40. Fandom's deployment of Meta Pixel also caused the transmission of other Facebook cookies and device identifiers as well. These include third-party cookies such as "xs", "fr", and "datr", and first-party cookies such as "fbp".[42] As discussed below, Meta has produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[43]

---

[41] Jayakumar Dep. Tr. at 25:17-26:12.

[42] https://www.facebook.com/privacy/policies/cookies.

[43] *See* META_JACKSON_0001; META_JACKSON_0002; META_JACKSON_0003; META_JACKSON_0004; META_JACKSON_0005; META_JACKSON_0006; META_JACKSON_0007; META_JACKSON_0008; META_JACKSON_0009; META_JACKSON_0010; META_JACKSON_0011; META_JACKSON_0012; META_JACKSON_0013; META_JACKSON_0014; META_JACKSON_0015; META_JACKSON_0016.

41.  The Fandom user's c_user cookie and the Pixel event data are shared with Meta as a result of a Fandom user visiting a page on Fandom's website that has installed the Meta Pixel JavaScript. Said differently, had Fandom not chosen to install the Meta Pixel on its website, the Pixel would not have transmitted the Fandom user's c_user cookie and event data to Meta.

42. Together with cookies, Pixel transmits (1) pageview; (2) microdata; and (3) button click information to Meta.

*PageView Event Data*

43. Using a page archived by the Wayback Machine in November 2022, Figure 10 shows that Fandom shared PageView event information with Meta in URL query parameters, which contained URLs for pages with videos its users navigated to on its website. Fandom shared at least the "dl" URL query parameter, which contains the URL of the page containing the video.[47,48]

---

[44] Jayakumar Dep. Tr. at 37:5-12, 120:4-12.

[45] Jayakumar Dep. Tr. at 58:6-11, 59:25-60:8.

[46] Jayakumar Dep. Tr. at 58:6-11, 59:25-60:8; Schnell Dep. Tr. at 48:12-20.

[47] https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/fbp-and-fbc/.

[48] Bekos, P., Papadopoulos, P., Markatos, E.P. and Kourtellis, N., 2023, April. The Hitchhiker's guide to facebook web tracking with invisible pixels and click IDs. In Proceedings of the ACM Web Conference 2023 (pp. 2132-2143).



**Figure 10: PageView event information in query parameters, containing page URL, shared by Fandom with Meta through use of Pixel.**

44. Using a page archived by the Wayback Machine in September 2022, Figure 11 shows that Fandom shared PageView event information with Meta in URL query parameters, which contained URLs for pages with videos its users navigated to on its website. Again, Fandom shared at least the "dl" URL query parameter, which contains the URL of the page containing the video.



**Figure 11: PageView event information in query parameters, containing page URL, shared by Fandom with Meta through use of Pixel.**

*Microdata Event*

45. The Metadata described above, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [49,50] A

website developer can stop transmission of the microdata to Meta by configuring the
Meta Pixel to not transmit the Microdata event or by removing the page metadata from
the HTML source code of the website.[51] Fandom configured its Meta Pixel to transmit
the Microdata event.[52]

---

[49] Schnell Dep. Tr. at 89:5-90:5; Jayakumar Dep. Tr. at 98:10-24, 99:6-21, 104:7-18.

[50] https://www.facebook.com/business/help/1175004275966513.

[51] https://developers.facebook.com/docs/meta-pixel/advanced/ ("The Meta Pixel will send button
click and page metadata (such as data structured according to Opengraph or Schema.org formats)
from your website to improve your ads delivery and measurement and automate your Pixel
setup. To configure the Meta Pixel to not send this additional information, in the Meta Pixel Base
code, add fbq('set', 'autoConfig', 'false', 'FB_PIXEL_ID') above the init call.").

[52] Fandom's Response to Pltf.'s Reqs. for Admis., Resp. No. 35.

CONTAINS CONFIDENTIAL INFORMATION

46. My review of the Meta Pixel source code that is deployed on Fandom's website as archived by the Wayback Machine confirms that Fandom configured its website to transmit metadata using the Microdata event.[53]

47. Figure 12 shows an excerpt from the Meta Pixel source code deployed on the ▉▉▉▉▉ page on Fandom's website as archived by the Wayback Machine on November 24, 2022. The fbq.loadPlugin("microdata") command specifically instructs the Meta Pixel to load the microdata plugin that is responsible for sending page metadata (e.g., the video title, description, page title, URL and other information described earlier) within the HTML of the webpage.



**Figure 12: Meta Pixel source code installed on Fandom's website showing that it was configured to share microdata with Meta**

48. Figure 13 shows that, through the Microdata event, Fandom shared metadata with Meta in POST payload. Fandom shared at least the following POST payload data with Meta:

---

[53]

https://web.archive.org/web/*/https://connect.facebook.net/signals/config/1610279972484026*.

    a.  dl, which contains the URL of the page;

    b.  cd[Meta], containing title, keywords, and description.

    c.  cd[OpenGraph], which contains the following page metadata in the standard OpenGraph format;

        i.  "title"

        ii.  "url"

        iii.  "description"

    d.  cd[Schema.org], which contains the following metadata in the standard Schema.org format for videos;

        i.  "name" (title of video)

        ii.  "description" (description of the video)

        iii.  "duration" (duration of the video)

        iv.  "contentURL" (URL of the video)

        v.  "thumbnailURL" (URL of the thumbnail)

        vi.  "uploadDate" (the date of the video was uploaded)

        vii.  "type" (the type of the object [e.g., video])

CONTAINS CONFIDENTIAL INFORMATION



**Figure 13: Microdata event information in POST payload, containing video URL and title, shared by Fandom with Meta through use of Pixel.**

49. Figure 14 shows the source code of the Meta Pixel[54] installed and configured by Fandom's website developers on the ▮▮▮▮▮▮▮▮ page. Like the code shown in Figure 12, this section of the Meta Pixel source code shows that Fandom configured Meta Pixel source code on its website to share cookies and microdata information with Meta.

---

[54] Recall from earlier that Fandom installed two Meta Pixels on its website. The figure shows the configuration of the Meta Pixel with ID 1610279972484026 (https://connect.facebook.net/signals/config/1610279972484026?v=2.9.89&r=stable). However, the same configuration for cookies and microdata was also used in the Meta Pixel with ID 1853083501571805 (https://connect.facebook.net/signals/config/1853083501571805?v=2.9.89&r=stable).

CONTAINS CONFIDENTIAL INFORMATION



**Figure 14: Meta Pixel source code installed on Fandom's website showing that it was configured to share cookies and microdata with Meta**

50. Figure 15 shows that, through the Microdata event, Fandom shared metadata with Meta in POST payload, as displayed on the ▓▓▓▓▓▓ page archived by the Wayback Machine on May 29, 2022. The POST payload transmissions included URL and "title" metadata, which included the value ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in addition to a description.





**Figure 15: Microdata event information in POST payload, containing URL and microdata shared by Fandom with Meta through use of Pixel.**

51. Figure 16 shows a similar transmission on the Final Fantasy video page and similarly demonstrates that Fandom shared metadata with Meta through the Microdata event in POST payload, including URL and "title" metadata configured according to OpenGraph as well as at least the following microdata configured according to JSON-LD:

      i.   "type" (the type of the object [e.g., video])

     ii.   "name" (title of video)

   iii.   "description" (description of the video)

   iv.   "thumbnailURL" (URL of the thumbnail)

    v.   "URL" (page URL)

CONTAINS CONFIDENTIAL INFORMATION



**Figure 16: Microdata event information in POST payload, containing video URL and title shared by Fandom with Meta through use of Pixel.**

*Button Click*

52. My review of Meta's public documentation and the source code of the Pixel on Fandom's website reveals that the Pixel code on Fandom's website also caused transmission of "button click" data to Meta.

53. According to Meta's public documentation, "[w]hen a visitor clicks a button, the Meta Pixel's JavaScript code automatically detects and passes the relevant form fields to Meta."[55] Meta's documentation provides that "Meta Pixel will send button click and page metadata (such as data structured according to Opengraph or Schema.org formats) from your website to improve your ads delivery and measurement and automate your Pixel setup."[56] "To configure the Meta Pixel to not send this additional information, in the Meta Pixel Base code, add fbq('set', 'autoConfig', 'false', 'FB_PIXEL_ID') above the init

---

[55] https://developers.facebook.com/docs/meta-pixel/advanced/
[56] *Id.*

CONTAINS CONFIDENTIAL INFORMATION                                                                  26

call."[57] My review of the Pixel code installed on Fandom's website indicates that Fandom did not add this line of code that would prevent button click and page metadata from transmitting.

54. Because Fandom configured its Pixel to transmit button click information, when a Fandom website visitor clicked "play" on a video, the Pixel code transmitted to Meta information indicating that the person clicked play and the URL of the page where that person clicked play.



[58] My review of Fandom's website HTML source code confirms that it used JW video player[59] on its website.

56. In summary, my analysis shows that:

    a.  Fandom deployed the Meta Pixel on its website during the Class Period;

    b.  Fandom configured the Meta Pixel and its website's source code to share URLs and metadata corresponding to videos on Fandom's webpages with Meta during the Class Period; and

    c.  Fandom shared detailed information with Meta including page URLs visited by Fandom users, metadata, button clicks, and Facebook account identifiers, all in the same transmission.

---

[57] *Id.*

[58] META_JACKSON_0008; Row 86408. This transmission occurred on ▬▬▬▬▬▬ when the page included a video as shown by the source code for the archived version of this page https://web.archive.org/web/20221031122202/https://baldursgate.fandom.com/wiki/Weapons_Merchant_(Gladiators_of_Thay).

[59] https://github.com/jwplayer/jwplayer; Grunwell Dep. Tr. at 107:5-11.

## V.    OPINION 2: Data in possession of Fandom and Meta can be used to identify Fandom registered users who had both (1) video information and (2) Facebook account identifiers disclosed to Meta during the Class Period

57. I was asked by Counsel for Plaintiff to investigate whether it is possible to identify Fandom registered users in the United States for whom Fandom shared with Meta Facebook account identifiers alongside the information about videos accessed on Fandom's website during the Class Period (between June 19, 2021 and November 10, 2023).

58. Below, I explain how Fandom's and Meta's records[60] can be used for this task.

59. Meta produced



---

[60] *E.g.*, FANDOM_001303; META_JACKSON_0001; META_JACKSON_0003.

[61] META_JACKSON_0001; META_JACKSON_0002; META_JACKSON_0003; META_JACKSON_0004; META_JACKSON_0005; META_JACKSON_0006; META_JACKSON_0007; META_JACKSON_0009; META_JACKSON_0010; META_JACKSON_0012; META_JACKSON_0013.

[62] Jayakumar Dep. Tr. at 51:10-52:21, 57:10-17, 115:2-117:16, 131:11-132:2

[63] https://www.facebook.com/business/help/402791146561655.

[64] Jayakumar Dep. Tr. at 122:25-123:7.

[65] Jayakumar Dep. Tr. at 123:8-13.

[66] Jayakumar Dep. Tr. at 124:9-15.



60. As noted above, metadata including URLs, page titles, and video titles are transmitted through the "Microdata" event. ████████████████████████████████

████████████████████████████████████████

███████████████████████[74]████████████████████

████████████████████████████████

---

████████████████████████████████████ Jayakumar Dep. Tr. at
151:23-152:6; https://mbasic.facebook.com/privacy/policies/cookies/printable/#1

████████████████████████████████████████████
████████████████████████████████ Jayakumar Dep. Tr. at 23:21-25:3, 145:10-14;
https://mbasic.facebook.com/privacy/policies/cookies/printable/#1

[69] ████████████████████████████████████

███ Jayakumar Dep. Tr. at 150:4-7.

[70] ████████████████████████████████████
████ Jayakumar Dep. Tr. at 151:9-14.

[71] Jayakumar Dep. Tr. at 146:16-147:3.

[72] Jayakumar Dep. Tr. at 144:16-25.

[73] Jayakumar Dep. Tr. at 146:16-147:3.

[74] *E.g.*, META_JACKSON_0015.

CONTAINS CONFIDENTIAL INFORMATION

61. Plaintiff alleges that, through use of the Pixel, Fandom disclosed the Facebook User ID of its registered users with Facebook accounts. As discussed above, the Facebook User ID is transmitted in a c_user cookie, which is a third-party cookie. Meta's software engineer



62. My review of the discovery record indicates Fandom maintains ███████████████████ ███.[76]

63. Fandom has produced █████████████████████████████████████████.[77] My review of Fandom's website indicates that Fandom also maintains records of wiki pages that contain User-Embedded Videos.[78]

64. Even if Fandom does not have records of pages that contain videos, I can identify those pages on Fandom's website using public information. For example, as shown in Figure 17, I can check whether the HTML source code for a webpage includes video tags (e.g., "data-video-key" and "data-video-name"). I do so by using the Chrome Developer tools panel I have discussed and examining the "Elements" section. These tags indicate that a User-Embedded Video is present on the page. I can similarly check whether the HTML source code for a webpage includes either of the following video tags—("featured-video__player") or ("video fandom-video")—which indicate that a Featured Video is present on the page. I can write a script to automatically identify all pages on Fandom's website with these video tags.

---

[75] Jayakumar Dep. Tr. at 58:6-11.

[76] *See* FANDOM_001303; Def. Fandom's Resp. to Pl.'s RFA No. 38.

[77] *See* FANDOM_002677; FANDOM_012390; FANDOM_011931; FANDOM_011953; FANDOM_011964.

[78] *See* https://candycrush.fandom.com/wiki/File:How_to_use_the_Frog_in_Candy_Crush_Saga. These "file description" pages are only accessible when logged in to Fandom. https://community.fandom.com/wiki/Help:File_description_pages.



**Figure 17: HTML source code of Fandom's webpages can be inspected to detect whether it contains video content.**

65. Using the aforementioned data sources, one can identify the Fandom users whose Facebook account identifiers and video choices Fandom disclosed to Meta through following these steps:

    a.  First, one can identify the instances where Fandom transmitted a user's video choices to Meta. Using the list of URLs that contain ███████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████

    b.  Second, one can identify the Facebook account matched with those video choices by ████████████████████████████████████████

███████████████████████████████████.[79] Meta appears to
have followed a similar procedure to produce ████████████████████
███████████████████████.[80]

    c.  Third, one can filter to include only users who allowed third-party cookie
transmissions.

66. The result is a list of Fandom users with Facebook accounts whose video choices and
personal information were shared with Meta by Fandom. To determine whether each
person is a Fandom registered user, data from Meta's records (such as name and email
address) can be compared against Fandom's records of registered users.

67. To the extent there is any doubt as to whether a user was logged-in to Facebook at the
time of the transmission, Meta maintains ████████████████████████████
████████████████████████.[81]

68. Using this process, it is possible to identify with high precision[82] the Fandom registered
users whose personal information Fandom disclosed to Meta along with specific video
information.

## VI.    CONCLUSION

69. Based on my work in this case, the materials I have reviewed, and my background and
experience, I conclude that Fandom configured the Meta Pixel and its website's source
code to share detailed information with Meta in a single transmission, including page
URLs visited by Fandom users, metadata, button clicks, and Facebook account
identifiers, which disclose personal information and specific video content. I further
conclude that the data in possession of Fandom and Meta can be used to identify Fandom
registered users whose video choices and Facebook account identifiers were shared with
Meta during the Class Period.

---

[79] https://engineering.fb.com/2019/08/20/core-infra/off-facebook-activity/

[80] Jayakumar Dep. Tr. at 115:2-118:25, 159:21-161:8

[81] *E.g.*, BEKE_000197; META_JACKSON_0001; META_JACKSON_0003.

[82] High precision here means low false positive rate (i.e., the identification approach is not over-inclusive).

70. I reserve the right to supplement and modify my opinions based on further analysis and testing using additional evidence that may be developed.


DATED:                              _____

                                    Zubair Shafiq