Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com
arogari@girardsharp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MATTHEW BEKE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FANDOM, INC.,<br><br>　　　　　Defendant. | Case No. 4:22-cv-04423-JST<br><br>**NOTICE OF ERRATA**<br><br>Judge: Hon. Jon S. Tigar<br>Date: January 16, 2025<br>Time: 2:00 p.m. |

In connection with Plaintiff's Motion for Class Certification and supporting Grille Declaration (Dkt. Nos. 123 and 123-1), Plaintiff attached the Expert Report of Zubair Shafiq ("Shafiq Report") as Exhibit 1 to the Grille Declaration (Dkt. Nos. 121-4, 122-5, 123-4, 124-5).[1] Plaintiff inadvertently filed the Shafiq Report without its attachments. Plaintiff therefore files this Notice of Errata to submit updated versions of the Shafiq Report with its attachments.

Dated: August 22, 2024

Respectfully submitted,

/s/  Anthony Rogari
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com
arogari@girardsharp.com

*Attorneys for Plaintiff*

---

[1] Plaintiff also filed Exhibit 1 under seal in connection with an Administrative Motion to Seal (Dkt. No. 121) and two Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkt. Nos. 122 and 124).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the under seal documents to be served on counsel *via electronic mail*.

/s/ *Anthony Rogari*
Anthony Rogari