UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA JACKSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FANDOM, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04423-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 122 |

Plaintiff seeks to file under seal material that has been designated as confidential by Defendant Fandom. ECF No. 122. Fandom has failed to file the responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). The Court provides an additional seven days for Fandom to file the required documents. If no statement or declaration is filed within seven days of the date of this order, the Court will deny the motion to seal the designated material.

**IT IS SO ORDERED.**

Dated: September 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge