Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com
arogari@girardsharp.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW BEKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FANDOM, INC.,<br><br>Defendant. | Case No. 4:22-cv-04423-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED PENDING NINTH CIRCUIT RULING (ECF NO. 132)** |

Pursuant to the Court's August 30, 2024 Order to Show Cause (ECF No. 132), Plaintiff Matthew Beke ("Plaintiff") and Defendant Fandom, Inc. ("Fandom") (together, "the Parties") hereby stipulate and agree as follows:

WHEREAS, on July 10, 2024, Fandom filed a Motion for Summary Judgment ("Motion") (ECF No. 94), which argues that Plaintiff is not a "subscriber" under the Video Privacy Protection Act (VPPA).

WHEREAS, Plaintiff filed his opposition to Fandom's Motion on August 9, 2024 (ECF No. 107) and Fandom filed a reply on August 22, 2024 (ECF No. 117);

WHEREAS, an appeal before the Ninth Circuit in *Heather, et al. v. Healthline Media, Inc.*, Case No. 24-4168 (9th Cir.) ("*Heather*"), may address a similar argument regarding who qualifies as a "subscriber" under the VPPA;

WHEREAS, on August 30, 2024, the Court issued an Order to Show Cause (ECF No. 132) as to why this case should not be stayed pending resolution of the appeal in *Heather*;

WHEREAS, the Parties have conferred and agree that staying this action pending resolution of the appeal in *Heather* will best serve the interests of judicial economy, conservation of time and resources, and orderly management of this action.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate as follows:

1. All proceedings and deadlines shall be STAYED in this action pending resolution of the appeal in *Heather*.
2. The parties are ORDERED to file a joint status report within 15 days of the Ninth Circuit's resolution of the appeal in *Heather*.

**IT IS SO STIPULATED.**

DATED: September 4, 2024

By: */s/ Simon S. Grille*

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**

601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com
arogari@girardsharp.com

*Attorneys for Plaintiff*

DATED: September 4, 2024

By: /s/ *Deborah Hedley*
Jennifer Kelly (SBN 193416)
Ryan Tyz (SBN 234895)
Deborah Hedley (SBN 276826)
Sean Apple (SBN 305692)
**TYZ LAW GROUP PC**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900
jennifer@tyzlaw.com
ryan@tyzlaw.com
deborah@tyzlaw.com
sapple@tyzlaw.com

*Attorneys for Defendant Fandom, Inc.*

## FILER'S ATTESTATION

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

/s/ *Simon S. Grille*
Simon S. Grille

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: September 6, 2024

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE